No. 260. COYNE, SECRETARY OF STATE, ET AL. v. PROUTY ET AL. March 20, 1933. A rule is directed to issue to the appellants in this case to show cause, on or before Monday, April 17 next, why the decree of the specially constituted District Court entered herein should not be vacated and the cause remanded to that court with directions to dismiss the case as moot.